UNITED STATES DISTRICT COURT      EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| ROSA A. MENDOZA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 1:18-CV-490 |
| | § | |
| ALLSTATE INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

The parties' Joint Stipulation of Dismissal (#31) is accepted. The Court ORDERS that all claims are dismissed with prejudice, as requested. Each party will bear its own costs. The above-styled case is therefore DISMISSED in its entirety and the Clerk is directed to CLOSE this case. The Court retains jurisdiction to enforce any settlement.

SIGNED at Beaumont, Texas, this 22nd day of September, 2020.

_Marcia A. Crone_
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE